Certificate Number: 17572-MOE-DE-037851110

Bankruptcy Case Number: 23-43070



17572-MOE-DE-037851110

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2023, at 11:07 o'clock AM PDT, John A Gansmann completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Missouri.

Date: October 15, 2023

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor